**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★   APR 1 4 2011   ★

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

LONG ISLAND OFFICE

| | |
|---|---|
| ARTHUR HAMPTON, ALPHANSO OLIPHANT, JEAN DURAVIL PIERRE LOUIS, FRITZ GIRAULT, and DANIEL VINCENT, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> -against- <br><br> SUPER SOL LTD., SUPERSOL OF THE WESTSIDE, LLC, SUPERSOL 661 AMSTERDAM, LLC, SUPERSOL OF THE UPPER WEST SIDE, LLC, SUPERSOL OF WESTCHESTER, INC., SUPERSOL OF QUEENS, INC., LAURENCE GARBER, and BENJAMIN SCHRIER, <br><br> Defendants. | 11 CV 1297 (ADS)(AKT) <br><br> STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND TOLLING STATUTE OF LIMITATIONS |

Named Plaintiffs/Putative Class Representatives Arthur Hampton, Alphanso Oliphant, Jean Duravil Pierre Louis, Fritz Girault, and Daniel Vincent (collectively "Plaintiffs"), and Defendants Super Sol Ltd., Supersol of the Westside, LLC, Supersol 661 Amsterdam, LLC, Supersol of the Upper West Side, LLC, Supersol of Westchester, Inc., Supersol of Queens, Inc., Laurence Garber and Benjamin Schrier (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

      1.     On March 17, 2011, Plaintiffs commenced a civil action by filing the above-captioned Complaint in the United States District Court for the Eastern District of New York.

      2.     Plaintiffs, by and through their undersigned counsel, Fitapelli & Schaffer, LLP and Bruckner Burch PLLC, consent that the time for Defendants to answer or otherwise move with respect to the Complaint is and shall be extended to June 1, 2011.

3.     Defendants, by and through their undersigned counsel, Kasowitz, Benson, Torres & Friedman LLP, agree to accept service on behalf of each Named Defendant.

4.     Defendants, by and through their undersigned counsel, Kasowitz, Benson, Torres & Friedman LLP, agree that the period of time for putative members to opt into the collective action brought under the Fair Labor Standards Act, 29 U.S.C. § 216 et seq., is and shall be tolled from the date of this Stipulation, i.e., April 12, 2011, through and until June 1, 2011.

5.     Nothing contained in this Stipulation shall be construed as a limitation, restriction or waiver, express or implied, of any of Defendants' rights, remedies and/or defenses in connection with this matter, all of which are expressly reserved.

Joseph A. Fitapelli (9058)                   David M. Friedman
                                             Joseph A. Piesco

**FITAPELLI & SCHAFFER, LLP**                **KASOWITZ, BENSON, TORRES**
475 Park Avenue South, 12th Floor            **  & FRIEDMAN, LLP**
New York, New York 10016                     1633 Broadway
Telephone: (212) 300-0375                    New York, New York 10019
Fax: (212) 481-1333                          Telephone: (212) 506-1955
                                             Fax: (212) 500-3455
*Attorneys for Plaintiffs*
                                             *Attorneys for Defendants*
Dated: April 12, 2011
                                             Dated: April 12, 2011

Richard J. Burch                             Final Extension
* Pro Hac Vice Admission Pending             So Ordered.

**BRUCKNER BURCH PLLC**
1415 Louisiana Street, Suite 2125
Houston, Texas 77002
Telephone: (713) 877-8788
Fax: (713) 877-8065                          Arthur D. Spatt U.S.D.J.

*Attorneys for Plaintiffs*                   4/14/11

Dated: April 12, 2011

- 2 -